UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

MICHAEL BRAHAM,
Petitioner

DOCKET NO. 3:02CV2153(JBA)

v.

HECTOR RODRIGUEZ, WARDEN,
Respondent

DATE. June 4, 2003

**PETITIONER'S MOTION IN SUPPORT OF GRANTING WRIT OF HABEAS CORPUS**

Pursuant to Rule 7(b)(1), of the Federal Rules of Civil Procedure and 28 U.S.C.§§ 2241(c)(3), 2243, 2247, 2248, and 2254(a), (d)(1)(2)(3)(6)(7)(8), (e), the pro se petitioner moves this Honorable Court to grant the writ in accordance with 28 U.S.C.§ 2254(8), or such other relief as law, justice, and equity require.

The reasons for this motion are more fully set forth in the accompanying memorandum of law.

Respectfully Submitted,

PETITIONER PRO SE

By: *Michael Braham*
MICHAEL BRAHAM
Pro Se Petitioner
Cheshire Corr. Inst.
900 Highland Avenue
Cheshire, CT. 06410

" ORAL ARGUMENT NOT REQUESTED"

-1-

*[Margin annotations:]*
Janet Bond Arterton, U.S.D.J.
The merits of petitioner's Petition are under advisement.
3/31/04: Motion DENIED as to form.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.