UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL BRAHAM                                    PRISONER

v.                                                  CASE NO. 3:02CV2153 (JBA)

HECTOR RODRIGUEZ

## J U D G M E N T

This cause came on for consideration on a petition for a Writ of Habeas Corpus before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the petition and all the related papers. On February 4, 2005, the Court filed its Ruling on Petition for Writ of Habeas Corpus denying the petition without prejudice and determining that a certificate of appealability will not issue.

Therefore, it is **ORDERED** and **ADJUDGED** that the petition is denied without prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 7th of February, 2005.

KEVIN R. ROWE, Clerk

By /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____