UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL BRAHAM,
    Petitioner

DOCKET NO. 3:02CV2153(JBA)

V.

HECTOR RODRIGUEZ,
    Respondent,

FEBRUARY 7, 2005

FILED 2005 FEB -9 P 12:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

<u>MOTION FOR ORDER TO COMPLETE AND CORECT RECORD APPENDED TO</u>
<u>RESPONDENT'S MEMORANDUM OF LAW OPPOSING WRIT OF HABEAS CORPUS</u>

    <u>Petitoner, Michael Braham</u>, moves this court to order Respondent to correct the record by submitting the Petitioner's appellate court brief filed by Judith M. Wildfeuer on October 29, 2001. Attorney Fox's brief was not considered or argued before the appellate court.

    Petitioner also requests that Respondent be ordered to submit Petitioner's Post Trial Brief filed with the habeas court on February 23, 2001.

    Finally, Petitioner requests that Respondent be ordered to submit Petitioner's appellate court reply brief filed on April 1, 2002.

    WHEREFORE, it is respectfully requested that this motion be granted in the interest of justice.

Respectfully Submitted,

MICHAEL BRAHAM/PRO SE

BY: *Michael Braham*
MICHAEL BRAHAM
INMATE NO. 231451
CHESHIRE C.I.
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that a copy of the foregoing has been mailed to Carolyn K. Longstreth, Senior Assistant State's Attorney, 300 Corporate Place, Rocky Hill, CT., 06067 on this 7th day of FEbruary, 2005.

*Michael Braham*
MICHAEL BRAHAM PRO SE