UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MICHAEL BRAHAM
    Petitioner

DOCKET NO. 3:02cv2153(JBA)

2005 FEB -9 P 12 49

V.

U.S. DISTRICT COURT
BRIDGEPORT, CONN

HECTOR RODRIGUEZ
    Respondent

FEBRUARY 7, 2005

<u>DECLARATION SUPPORTING PETITIONER's MOTION FOR ORDER
TO COMPLETE AND CORRECT RESPONDENT's APPENDED RECORD</u>

    MICHAEL BRAHAM declares under penalty of perjury:

    1. I am the petitioner in this case. I m,ake this delaration in support of my motion to complete and correct ensuring that this court has a complete and correct record before it when deciding whether the writ should issue.

    2. Attorney James M. Fox filed a brief on my behalf on August 24, 2001.

    3. I was not satisfied with Mr. Fox's brief.

    4. On August 30, 2001, Judith M. Wildfeuer filed an appearance in lieu of Mr. Fox along with a motion for permission to file a substitute brief.

    5. On September 18, 2001 that motion was granted.

    6. On or about October 29, 2001, Attorney Wildfeuer filed my appellate court brief.

    7. On February 25, 2002, the State filed its appellate brief.

    8. On April 1, 2002, Attorney Wilfeuer filed my appellate court Reply Brief.

9. On April 15, 2003, the REspondent filed a Memorandum of Law opposing my petition for Writ of Habeas Corpus.

10. Appended to that Memorandum of Law as exhibit C, is the brief submitted by James M. Fox. Attorney Wildfeuer's brief should be exhibit C because it was argued before the appellate court.

11. Respondent did not append my Post Trial Brief, dated, February 23, 2001 to its Memorandum of Law.

12. Respondent did not append my appellate court Reply Brief dated, April 1, 2002 to its Memorandum of Law.

13. The above-mentioned are needed to complete the record before this court, ensuring that the interesrs of justice are protected and served.

14. I have copies of the aforementioned but cannot afford the cost of copying and postage.

15. For the foregoing reasons, the court should grant the petitioner's motion in all aspects.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By _Michael Braham_
MICHAEL BRAHAM PRO SE
FEBRUARY 7, 2005

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to Carolyn K. Longsttreth, Senior Assistant State's Attorney, 300 Corporate Place, Rocky Hill, CT., 06067 on this 7th day of February, 2005.

*Michael Braham*

MICHAEL BRAHAM PRO SE