UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL BRAHAM,
Petitioner

V.

HECTOR RODRIGUEZ,
Respondent

DOCKET NO. 3:02CV2153 (JBA)

FILED
2005 FEB 17 P 2:20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FEBRUARY 14, 2005

## NOTICE OF APPEAL

Notice is hereby given that, Michael Braham, the petitioner in the above-entitled matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment and order denying Petition for Writ of Habeas Corpus entered in this action on the 8th day of February, 2005.

By: *Michael Braham*
MICHAEL BRAHAM
PETITIONER PRO SE
INMATE # 231451
CHESHIRE C.I.
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing notice of appeal has been mailed to: Office of the Clerk, 915 Lafayette Boulevard, Bridgeport, CT., 06604, postage prepaid on this 14th day of February, 2005.

*Michael Braham*
MICHAEL BRAHAM
PETITIONER PRO SE