# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: February 24, 2005     TO: Intake Clerk     **FILED**

FROM: Judith D. Fazekas (203) 579-5951

2005 MAR -7 P 1:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**CASE TITLE:** Braham v. Rodriguez

**DOCKET NO.:** 3:02CV2153(JBA)

**NOTICE OF APPEAL:** filed: February 17, 2005

**APPEAL FROM:**
- final judgment: ✓
- interlocutory: __
- other: __

**DOCKET SHEET:**
Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid _____   Due ✓   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge _____

**COUNSEL:** CJA _____   Retained _____   Pro Se ✓

**TIME STATUS:** Timely ✓   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____   Denied _____

**COA:** Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _(MJ)_     DATE: 2/28/05
DEPUTY CLERK, USCA

USCA No. _____.