AO 240  (Rev. 9/96)

# United States District Court

### ——————— DISTRICT OF ———————

MICHAEL BRAHAM,
    Petitioner-Appellant

2005 MAR 16 P 4: 33

U.S. DISTRICT COURT
                            CONN.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

### V.

HECTOR RODRIGUEZ
    Respondent-Appellee

CASE NUMBER:  3:02CV2153(JBA)

I,  MICHAEL BRAHAM _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant         [ ] other

In the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     [X] Yes     [ ] No     (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  CHESHIRE CORRECTIONAL INSTITUION

    Are you employed at the institution? NO     Do you receive any payment from the institution? NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?     [ ] Yes     [X] No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    N/A

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    N/A

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment     [ ] Yes     [X] No
    b.  Rent payments, interest or dividends     [ ] Yes     [X] No
    c.  Pensions, annuities or life insurance payments     [ ] Yes     [X] No
    d.  Disability or workers compensation payments     [ ] Yes     [X] No
    e.  Gifts or inheritances     [ ] Yes     [X] No
    f.  Any other sources     [ ] Yes     [X] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4.  Do you have **any** cash or checking or savings accounts?     ☐ Yes     ☒ No

    If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                        N/A

I declare under penalty of perjury that the above information is true and correct.

3/14/05
_____
DATE

Michael Braham
_____
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

OMS 4.0 - [DISPLAY TRUST ACCOUNTS]

Print

User: CHE117          CONNECTICUT DEPARTMENT OF CORRECTION          Date:    03/14/2005

DOC#  0000231451          BK#  2          Name  BRAHAM, MICHAEL

**Trust Summary**



| Date | Loc'n | Type | Transaction Description | Amount | Current | Hold |
|------|-------|------|--------------------------|--------|---------|------|
| 08/27/2004 | CTDOC | REG | CRS SAL ORD #2644122 D2 | <11.52> | 81.15 | 0.00 |
| 08/30/2004 | CTDOC | REG | Mail Receipts 125 | 30.00 | 111.15 | 0.00 |
| 08/30/2004 | CTDOC | REG | Deduction-PLRA-06052000 | <6.00> | 105.15 | 0.00 |
| 08/30/2004 | CTDOC | PLRA | Deduction-PLRA-06052000 | 6.00 | 111.15 | 0.00 |
| 09/07/2004 | CTDOC | REG | CRS SAL ORD #2660245 D2 | <10.08> | 101.07 | 0.00 |
| 09/17/2004 | CTDOC | REG | Med Dental Fee 125 91304 | <3.00> | 98.07 | 0.00 |
| 09/20/2004 | CTDOC | REG | CRS SAL ORD #2683798 D2 | <1.22> | 96.85 | 0.00 |
| 09/29/2004 | CTDOC | REG | CRS SAL ORD #2700017 D2 | <6.92> | 89.93 | 0.00 |
| 10/05/2004 | CTDOC | REG | CRS SAL ORD #2709386 D2 | <2.90> | 87.03 | 0.00 |
| 10/12/2004 | CTDOC | REG | CRS SAL ORD #2719251 D2 | <6.62> | 80.41 | 0.00 |
| 10/13/2004 | CTDOC | REG | Mail Receipts 125 | 50.00 | 130.41 | 0.00 |
| 10/13/2004 | CTDOC | REG | Deduction-PLRA-06052000 | <10.00> | 120.41 | 0.00 |
| 10/13/2004 | CTDOC | PLRA | Deduction-PLRA-06052000 | 10.00 | 130.41 | 0.00 |

Account Balances          159.22          0.00

OMS 4.0 - [DISPLAY TRUST ACCOUNTS]



User: CHE117          CONNECTICUT DEPARTMENT OF CORRECTION          Date:    03/14/2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0000231451 | | | 2 | | Name | BRAHAM, MICHAEL | |

**Trust Summary**

| Date | Loc | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 10/18/2004 | CTDOC | REG | CRS SAL ORD #2732675 D2 | <19.48> | 110.93 | 0.00 |
| 10/25/2004 | CTDOC | REG | CRS SAL ORD #2744743 D2 | <3.96> | 106.97 | 0.00 |
| 10/26/2004 | CTDOC | REG | CEC SAL ORD #2732675 | 0.62 | 107.59 | 0.00 |
| 10/28/2004 | CTDOC | REG | Mail Receipts  125 | 30.00 | 137.59 | 0.00 |
| 10/28/2004 | CTDOC | REG | Deduction-PLRA-06052000 | <6.00> | 131.59 | 0.00 |
| 10/28/2004 | CTDOC | PLRA | Deduction-PLRA-06052000 | 6.00 | 137.59 | 0.00 |
| 11/01/2004 | CTDOC | REG | CRS SAL ORD #2758190 D2 | <5.40> | 132.19 | 0.00 |
| 11/03/2004 | CTDOC | REG | Photos SP  125 | <4.00> | 128.19 | 0.00 |
| 11/08/2004 | CTDOC | REG | CRS SAL ORD #2771212 D2 | <3.84> | 124.35 | 0.00 |
| 11/15/2004 | CTDOC | REG | CRS SAL ORD #2783070 D2 | <6.96> | 117.39 | 0.00 |
| 11/15/2004 | CTDOC | REG | CRS SAL ORD #2784012 D2 | <6.96> | 110.43 | 0.00 |
| 11/15/2004 | CTDOC | REG | CEC SAL ORD #2784012 | 6.96 | 117.39 | 0.00 |
| 11/22/2004 | CTDOC | REG | CRS SAL ORD #2796854 D2 | <20.39> | 97.00 | 0.00 |

| | Account Balances | 159.22 | 0.00 |
|---|---|---|---|



**User: CHE117**          **CONNECTICUT DEPARTMENT OF CORRECTION**          **Date:    03/14/2005**

DOC#  0000231451          ST#  2          Name  BRAHAM, MICHAEL

Trust Summary

| Date | Loc. | Type | Transaction Description | Amount | Current | Hold |
|------|------|------|-------------------------|--------|---------|------|
| 12/02/2004 | CTDOC | REG | Mail Receipts 125 | 50.00 | 147.00 | 0.00 |
| 12/02/2004 | CTDOC | REG | Deduction-PLRA-06052000 | <10.00> | 137.00 | 0.00 |
| 12/02/2004 | CTDOC | PLRA | Deduction-PLRA-06052000 | 10.00 | 147.00 | 0.00 |
| 12/03/2004 | CTDOC | REG | CRS SAL ORD #2823984 D2 | <14.65> | 132.35 | 0.00 |
| 12/08/2004 | CTDOC | REG | CRS SAL ORD #2832909 D2 | <17.27> | 115.08 | 0.00 |
| 12/08/2004 | CTDOC | REG | CEC SAL ORD #2823984 | 0.76 | 115.84 | 0.00 |
| 12/22/2004 | CTDOC | REG | CRS SAL ORD #2870435 D2 | <8.64> | 107.20 | 0.00 |
| 12/22/2004 | CTDOC | HOLID, | Holiday Package 125 | 50.00 | 157.20 | 0.00 |
| 12/23/2004 | CTDOC | HOLID, | Holiday Package 125 | 30.00 | 187.20 | 0.00 |
| 12/28/2004 | CTDOC | HOLID, | CRS SAL ORD #2880124 D2 | <45.37> | 141.83 | 0.00 |
| 12/30/2004 | CTDOC | REG | CRS SAL ORD #2888404 D2 | <1.26> | 140.57 | 0.00 |
| 01/05/2005 | CTDOC | REG | Mail Receipts 125 | 50.00 | 190.57 | 0.00 |
| 01/05/2005 | CTDOC | REG | Deduction-PLRA-06052000 | <10.00> | 180.57 | 0.00 |

Account Balances          159.22          0.00

CTIDTAC



User: CHE117 — CONNECTICUT DEPARTMENT OF CORRECTION — Date: 03/14/2005

DOC: 0000231451   2   Name: BRAHAM, MICHAEL

Trust Summary

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|---|---|---|---|---|---|---|
| 01/12/2005 | CTDOC | REG | CRS SAL ORD #2920456 D2 | <14.31> | 176.26 | 0.00 |
| 01/14/2005 | CTDOC | REG | Mail Receipts 125 | 100.00 | 276.26 | 0.00 |
| 01/14/2005 | CTDOC | REG | Deduction-PLRA-06052000 | <20.00> | 256.26 | 0.00 |
| 01/14/2005 | CTDOC | PLRA | Deduction-PLRA-06052000 | 20.00 | 276.26 | 0.00 |
| 01/19/2005 | CTDOC | REG | CRS SAL ORD #2934677 D2 | <14.36> | 261.90 | 0.00 |
| 01/24/2005 | CTDOC | PLRA | Sub-Account Transfer | <30.85> | 231.05 | 0.00 |
| 01/24/2005 | CTDOC | REG | Sub-Account Transfer | 30.85 | 261.90 | 0.00 |
| 01/26/2005 | CTDOC | REG | CRS SAL ORD #2951650 D2 | <10.51> | 251.39 | 0.00 |
| 02/01/2005 | CTDOC | PLRA | PLRA Payment 00-cv-261 | <105.00> | 146.39 | 0.00 |
| 02/03/2005 | CTDOC | REG | CRS SAL ORD #2970685 D2 | <15.49> | 130.90 | 0.00 |
| 02/03/2005 | CTDOC | REG | Postage 125 | <0.37> | 130.53 | 0.00 |
| 02/16/2005 | CTDOC | REG | CRS SAL ORD #2997169 D2 | <5.50> | 125.03 | 0.00 |
| 02/16/2005 | CTDOC | HOLID | CHPK SAL ORD #2997857 D2 | <3.00> | 122.03 | 0.00 |

Account Balances: 159.22   0.00

**User: CHE117**          CONNECTICUT DEPARTMENT OF CORRECTION          **Date:   03/14/2005**

0000231451          2          Name:  BRAHAM, MICHAEL

## Trust Summary

| Date | Loc | Type | Transaction Description | Amount | Current | Hold |
|------|-----|------|------------------------|--------|---------|------|
| 01/24/2005 | CTDOC | REG | Sub-Account Transfer | 30.85 | 261.90 | 0.00 |
| 01/26/2005 | CTDOC | REG | CRS SAL ORD #2951650 D2 | <10.51> | 251.39 | 0.00 |
| 02/01/2005 | CTDOC | PLRA | PLRA Payment  00-cv-261 | <105.00> | 146.39 | 0.00 |
| 02/03/2005 | CTDOC | REG | CRS SAL ORD #2970685 D2 | <15.49> | 130.90 | 0.00 |
| 02/03/2005 | CTDOC | REG | Postage 125 | <0.37> | 130.53 | 0.00 |
| 02/16/2005 | CTDOC | REG | CRS SAL ORD #2997169 D2 | <5.50> | 125.03 | 0.00 |
| 02/16/2005 | CTDOC | HOLID | CHPK SAL ORD #2997857 D2 | <3.00> | 122.03 | 0.00 |
| 02/24/2005 | CTDOC | REG | CRS SAL ORD #3010749 D2 | <34.49> | 87.54 | 0.00 |
| 03/01/2005 | CTDOC | REG | Mail Receipts  125 | 100.00 | 187.54 | 0.00 |
| 03/03/2005 | CTDOC | REG | CRS SAL ORD #3024396 D2 | <14.64> | 172.90 | 0.00 |
| 03/03/2005 | CTDOC | HOLID | Sub-Account Transfer | <31.63> | 141.27 | 0.00 |
| 03/03/2005 | CTDOC | REG | Sub-Account Transfer | 31.63 | 172.90 | 0.00 |
| 03/09/2005 | CTDOC | REG | CRS SAL ORD #3036752 D2 | <13.68> | 159.22 | 0.00 |

Account Balances          159.22          0.00