UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL BRAHAM                 DOCKET NO. 3:02CV2153(JBA)
    Petitioner_Appellant

FILED
2005 MAR 16  P 4: 33
U.S. DISTRICT COURT

V.

HECTOR RODRIGUEZ           MARCH 11, 2005
    Respondent-Appellee

DECLARATION IN SUPPORT OF REQUEST FOR LEAVE TO PROOCEED INFORMA PAUPERIS

MICHAEL BRAHAM states:

1. I am the petitioner-appellant in the above-entitled action. I make this declaration in support of my application to proceed in forma pauperis pursuant to 28 U.S.C. §1915.

2. I am incarcerated at Cheshire Correctional Institution.

3. I have no income and no assets.

4. The balance in my prison account as of March 14, 2005, was $159.22.

5. I intend to appeal this court's denial of my petition for writ of habeas corpus.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of purjury that the forgoing is true and correct.

MICHAEL BRAHAM
DATE. 3/14/05

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing application to proceed without prepayment of fees and affidavit, have been mailed, postage, pre-paid to: Carolyn K. Longstreth, 300 Corporate Place, Rocky Hill, CT., 06067 on this 14th day of March, 2005.

MICHAEL BRAHAM
MARCH 14, 2005