UNITED STATES DISTRICT COURT       FILED
DISTRICT OF CONNECTICUT

MICHAEL BRAHAM,                    DOCKET NO. 3:02CV2153(JBA)    2005 MAR -2  A 11: 20
    Petitioner
                                                                         U.S. DISTRICT COURT
                                                                         BRIDGEPORT, CONN.

V.

HECTOR RODRIGUEZ,                  FEBRUARY 25, 2005
    Respondent

### AMENDED NOTICE OF APPEAL

    Notice is hereby given that, Michael Braham, the petitioner in the above entitled matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment and order denying Petition for Writ of Habeas Corpus enterd in this action on the 8th day of February, 2005. The petitioner amends his notice of appeal filed with this court on February 14, 2005, to include this court's order denying Petitioner's Motion for Order to Complete and Correct Record Appended to Respondent's Memorandum of Law Opposing Writ of Habeas Corpus, dated, February 17, 2005.

                                          BY: *Michael Braham*
                                               MICHAEL BRAHAM
                                               PETITIONER PRO SE
                                               INMATE NO. 231451
                                               CHESHIRE C.I.
                                               900 HIGHLAND AVENUE
                                               CHESHIRE, CT. 06410