UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL BRAHAM,** : | |
|     **Petitioner,** : | |
| : | **PRISONER** |
| v. : | Case No. 3:02CV2153(JBA) |
| : | |
| **HECTOR RODRIGUEZ,** : | |
|     **Respondent.** : | |

### RULING AND ORDER

On February 4, 2005, the court denied this petition for writ of habeas corpus. As part of its ruling, the court determined that no certificate of appealability would issue. Petitioner has filed a motion, dated February 25, 2005, asking the court to issue a certificate of appealability.

Petitioner's motion [**doc. #17**] is **DENIED** for the reasons stated in the court's February 4, 2005 ruling.

**IT IS SO ORDERED** this 2nd day of May, 2005, at New Haven, Connecticut.

_____
Janet Bond Arterton
United States District Judge