UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
MICHAEL BRAHAM,                    :
       Petitioner,                 :
                                   :              PRISONER
    v.                             :  Case No. 3:02CV2153(JBA)
                                   :
HECTOR RODRIGUEZ,                  :
       Respondent.                 :
```

**RULING ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

The Petitioner's Application to Proceed Without Prepayment of Fees [doc. #19] is DENIED as moot inasmuch as the Court has determined that no certificate of appealability would issue. [See Rulings dated 2/4/05, #12 and 5/2/05, doc. #21.]

IT IS SO ORDERED.

_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut:**   May 5, 2005