# MANDATE

D. Conn. (nhct)
02-cv-2153
Arterton, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 22nd day of June, two thousand and five,

Present:

    Hon. Roger J. Miner,
    Hon. Guido Calabresi,
        *Circuit Judges.*
    Hon. John F. Keenan,
        *District Judge.**



Michael Braham,

    Petitioner-Appellant,

v.                                     05-0970-pr

Hector Rodriguez,

    Respondent-Appellee.

Appellant, *pro se*, moves for a certificate of appealability and for *in forma pauperis* status. Upon due consideration, it is ORDERED that the motions are denied and the appeal dismissed because the appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

                FOR THE COURT:
                Roseann MacKechnie, Clerk

JUN 2 2 2005

By: Lucille Carr

*The Honorable John F. Keenan, of the United States District Court for the Southern District of New York, sitting by designation.

SAO RH

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

Issued as Mandate: JUL 2 5 2005